```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                                    Case No. 20-00832-RNO
Marjorie Eugene Antenor                                                   Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke            Page 1 of 1             Date Rcvd: Apr 07, 2020
                             Form ID: ntcnfhrg          Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2020.
db             +Marjorie Eugene Antenor,    3086 Route 715,    Henryville, PA 18332-7779
5308664         SANTANDER CONSUMER USA,    ATTN BANKRUPTCY DEPT,    PO BOX 560284,     DALLAS, TX 75356-0284
5308665        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   TOYOTA MOTOR CREDIT,    ATTN: BANKRUPTCY,     PO BOX 8026,
                CEDAR RAPIDS, IA 52409-8026)
5317364         Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern   PA 19355-0701
5308666         WELTMAN WEINBERG & REIS CO,    170 S INDEPENDENCE MALL W,    SUITE 874,
                 PHILADELPHIA, PA 19106-3334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5308659        +E-mail/Text: ally@ebn.phinsolutions.com Apr 07 2020 20:19:59      ALLY FINANCIAL,
                 PO BOX 380901,    BLOOMINGTON, MN 55438-0901
5308660         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 20:38:16       CAPITAL ONE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5308661        +E-mail/PDF: pa_dc_ed@navient.com Apr 07 2020 20:38:24      DEPT OF ED/NAVIENT,    PO BOX 9635,
                 WILKES BARRE, PA 18773-9635
5310822         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2020 20:38:30       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5308662         E-mail/Text: camanagement@mtb.com Apr 07 2020 20:20:14      M & T BANK,    PO BOX 1288,
                 BUFFALO, NY 14240-1288
5308663         E-mail/Text: blegal@phfa.org Apr 07 2020 20:20:34       PHFA-HEMAP,    PO BOX 8029,
                 HARRISBURG, PA 17105
5310825         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2020 20:20:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5317367*        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern   PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Marjorie Eugene Antenor
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                               TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marjorie Eugene Antenor,
aka Marjorie E. Antenor, aka Marjorie Eugene−Antenor,
aka Maggie W. Eugene, aka Marjorie W. Antenor, aka
Marjorie Antenor, aka Marjorie Windy Antenor,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−00832−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes−Barre, PA 18701 | Date: June 3, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 7, 2020 |

ntcnfhrg (03/18)