Certificate Number: 05781-PAM-DE-034514326

Bankruptcy Case Number: 20-00832


05781-PAM-DE-034514326

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2020, at 2:24 o'clock PM PDT, Marjorie Eugene Antenor completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 1, 2020     By: /s/Allison M Geving

Name: Allison M Geving

Title: President