UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Marjorie Eugene Antenor aka Marjorie Eugene-Antenor aka Marjorie E. Antenor aka Maggie W. Eugene aka Marjorie Antenor aka Marjorie Windy Antenor aka Marjorie W. Antenor Debtor(s) | : : : : : : | Chapter 13 NO. 20-00832 |
| Lakeview Loan Servicing LLC Movant vs. Marjorie Eugene Antenor aka Marjorie Eugene-Antenor aka Marjorie E. Antenor aka Maggie W. Eugene aka Marjorie Antenor aka Marjorie Windy Antenor aka Marjorie W. Antenor Debtor(s) Jean Antenor Co-Debtor Charles J. DeHart, III Esq. Trustee | : : : : : : : : : : : : : | |

## ANSWER TO MOTION OF Lakeview Loan Servicing LLC FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 and 1301

AND NOW COMES Debtor, by and through her attorneys, and in Answer to the Motion of Lakeview Loan Servicing LLC for Relief from Stay aver:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied to the extent the referenced documents do not speak for themselves.

5. Admitted.

6. Denied. Debtors' lack sufficient information and belief to admit or deny the averments of paragraph 6 and such are therefore denied.

7. Denied. Debtors' lack sufficient information and belief to admit or deny the averments of paragraph 6 and such are therefore denied.

8. Denied to the extent the averments of paragraph 8 are anything other than a statement or conclusion of law that does not require a response.

9. Denied to the extent the averments of paragraph 9 are anything other than a statement or conclusion of law that does not require a response.

WHEREFORE, Debtor respectfully prays this Honorable Court for an Order that the Motion of Lakeview Loan Servicing for relief from stay be denied and for such other and further relief as the Honorable Court deems just and appropriate.

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell
Robert J. Kidwell, Esquire
Attorney for Debtor
PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
rkidwell@newmanwilliams.com