United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00832-HWV |
| Marjorie Eugene Antenor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 23, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

**Recip ID               Recipient Name and Address**
+ Jean Antenor, 3086 Route 715, Henryville, PA 18332-7779

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Marjorie Eugene Antenor rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Marjorie Eugene Antenor |

District/off: 0314-5

Date Rcvd: Apr 23, 2021

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Marjorie Eugene Antenor aka Marjorie Eugene-Antenor aka Marjorie E. Antenor aka Maggie W. Eugene aka Marjorie Antenor aka Marjorie Windy Antenor aka Marjorie W. Antenor<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| Lakeview Loan Servicing LLC<br>　　　　　　　　　　Movant<br>　　　vs. | NO. 5:20-bk-00832 HWV |
| Marjorie Eugene Antenor aka Marjorie Eugene-Antenor aka Marjorie E. Antenor aka Maggie W. Eugene aka Marjorie Antenor aka Marjorie Windy Antenor aka Marjorie W. Antenor<br>　　　　　　　　　　Debtor | 11 U.S.C. Section 362 |
| Charles J. DeHart, III, Esquire<br>　　　　　　　　　　Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Amended Stipulation is approved by the Court.

Dated:　April 23, 2021　　　　　　By the Court,

　　　　　　　　　　　　　　　　　_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge (CD)