UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MARJORIE EUGENE ANTENOR, | : | Chapter 13 |
| *aka Marjorie Eugene-Antenor* | : | Case No. 5:20-bk-00832-MJC |
| *aka Marjorie E. Antenor* | : | |
| *aka Maggie W. Eugene* | : | |
| *aka Marjorie Antenor* | : | |
| *aka Marjorie Windy Antenor* | : | |
| *aka Marjorie W. Antenor* | : | |
| Debtor, | : | |

| | | |
|---|---|---|
| ALLY BANK | : | Motion for |
| Movant | : | Relief from Stay |
| | : | |
| v. | : | |
| | : | |
| MARJORIE EUGENE ANTENOR | : | |
| Respondent | : | |
| JACK N. ZAHAROPOULOS, | : | |
| Trustee. | : | |

**ANSWER TO MOTION FOR RELIEF ON BEHALF OF DEBTOR**

AND NOW comes Debtors, MARJORIE EUGENE ANTENOR, by and through her attorneys, Newman Williams, and answer the Motion for Relief of Deutsche Bank National Trust Company as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Movant has failed to provide documents that support it is an assignee of the contract.

6. Denied. After reasonable investigation, the Defendant is without knowledge sufficient to form a belief as to the truth of this averment and therefore it is denied.

7. Denied. After reasonable investigation, the Defendant is without knowledge sufficient to

form a belief as to the truth of this averment and therefore it is denied.

8. Denied. After reasonable investigation, the Defendant is without knowledge sufficient to form a belief as to the truth of this averment and therefore it is denied.

9. Denied. After reasonable investigation, the Defendant is without knowledge sufficient to form a belief as to the truth of this averment and therefore it is denied.

10. Denied. After reasonable investigation, the Defendant is without knowledge sufficient to form a belief as to the truth of this averment and therefore it is denied.

11. Admitted.

12. Denied. This is a request for relief to which no response is required.

13. Denied. After reasonable investigation, the Defendant is without knowledge sufficient to form a belief as to the truth of this averment and therefore it is denied.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell, Esq.
      Robert J. Kidwell, Esquire
      712 Monroe Street
      Stroudsburg, PA 18360
      (570) 421-9090
      rkidwell@newmanwilliams.com
      *Attorney for Debtor*