LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Chapter 13 |
| MARJORIE EUGENE ANTENOR : | |
| a/k/a MARJORIE EUGENE-ANTENOR : | |
| a/k/a MARJORIE E. ANTENOR, : | Bankruptcy Case No. 5:20-bk-00832-MJC |
|    Debtor, : | |
| ALLY BANK, : | |
|    Movant, : | **Nature of Proceeding:** |
| v. : | Motion for Relief from Automatic Stay |
| MARJORIE EUGENE ANTENOR : | |
| a/k/a MARJORIE EUGENE-ANTENOR : | |
| a/k/a MARJORIE E. ANTENOR, Debtor : | |
| and JEAN ANTENOR, Codebtor : | |
|    Respondents : | |
|    And : | |
| JACK N. ZAHAROPOULOS, : | |
|    Trustee : | |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance_.

Reason for the continuance.

Awaiting response from Movant to settlement offer by Respondent.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 24, 2021                /s/ Jason Brett Schwartz
                                                                    Attorney for Movant
                                                                    Jason Brett Schwartz, Esquire
                                                                    I.D. No.: 92009
                                                                    (267) 909-9036

_ No alterations or interlineations of this document are permitted
_ If this is not a first request for continuance, then a Motion for Continuance must be filed.