United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00832-MJC |
| Marjorie Eugene Antenor | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 13, 2021      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Jean Antenor, 3086 Route 715, Henryville, PA 18332-7779 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Ally Bank JSchwartz@mesterschwartz.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Marjorie Eugene Antenor rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | |

                ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Marjorie Eugene Antenor
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARJORIE EUGENE ANTENOR | ) | |
| a/k/a MARJORIE EUGENE-ANTENOR | ) | |
| a/k/a MARJORIE E. ANTENOR | ) | |
| a/k/a MAGGIE W. EUGENE | ) | |
| a/k/a MARJORIE ANENTOR | ) | |
| a/k/a MARJORIE WINDY ANTENOR | ) | |
| a/k/a MARJORIE W. ANTENOR, | ) | CASE NO.: 5:20-bk-00832-MJC |
| Debtor | ) | |
| | ) | |
| ALLY BANK, | ) | **LOCATION:** |
| Movant | ) | U.S. Bankruptcy Court |
| | ) | Middle District of Pennsylvania |
| vs. | ) | 197 S. Main Street |
| | ) | Wilkes-Barre, PA 18701 |
| MARJORIE EUGENE ANTENOR | ) | |
| a/k/a MARJORIE EUGENE-ANTENOR | ) | |
| a/k/a MARJORIE E. ANTENOR | ) | |
| a/k/a MAGGIE W. EUGENE | ) | |
| a/k/a MARJORIE ANENTOR | ) | |
| a/k/a MARJORIE WINDY ANTENOR | ) | |
| a/k/a MARJORIE W. ANTENOR, Debtor | ) | |
| and JEAN ANTENOR, Codebtor | ) | |
| Respondents | ) | |
| and | ) | |
| JACK N. ZAHAROPOULOS, | ) | |
| Trustee | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Stipulation filed on September 10, 2021, regarding the above referenced matter is approved.

Dated: September 13, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)