**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**In RE:**
                                                                **Chapter:** 13

MARJORIE EUGENE ANTENOR
                                                  **Claim Number:** 9

                                                                    **Case Number:** 20-00832

**Debtor(s)**

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only         ☑ Payment only         ☐ Notice & Payment

**<u>PAYMENT ADDRESS</u>**

FROM:                                                TO:

Payment Processing Center                     Payment Processing Center

P.O. Box 78367                                    P.O. Box 660618

Phoenix, AZ 85062                               Dallas, TX 75266-0618

                                                            /s/ Bharat Gurkha

Date: 06/28/2024                                 Creditor's Authorized Agent for Ally Bank

**In RE:**

                                                                    **Chapter:**  13

    MARJORIE EUGENE ANTENOR                              **Case Number:** 20-00832

**Debtor(s)**

# Certificate of Service

I certify that on 06/28/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
ROBERT J KIDWELL III
RKIDWELL@NEWMANWILLIAMS.COM

Trustee
JACK N ZAHAROPOULOS

United States Trustee
UNITED STATES TRUSTEE

/s/ Bharat Gurkha
Bharat Gurkha
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com