UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MARJORIE EUGENE ANTENOR       :  CHAPTER 13
        Debtor                        :
                                      :
        JACK N. ZAHAROPOULOS          :
        STANDING CHAPTER 13 TRUSTEE   :
        Movant                        :
                                      :
        vs.                           :
                                      :
        MARJORIE EUGENE ANTENOR       :
        Respondent                    :  CASE NO. 5-20-bk-00832


TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 11th day of October, 2024 comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Plan provides for M&T Bank but the bank has relief from the automatic stay.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/Agatha R. McHale
       Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   11th   day of October, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360


/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee