**Fill in this information to identify the case:**

Debtor 1    MARJORIE EUGENE ANTENOR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of    PA
                                                                (State)

Case number    20-00832

# Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**    M&T BANK                    **Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account:    7  6  5  8

**Property address:**    3086 ROUTE 715
                         Number        Street

                         HENRYVILLE,        PA        18332
                         City            State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| Part 3: | Arrearages |
| --- | --- |

|  | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ 4,554.04 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 4,554.04 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ 2,954.53 |
| d.  Total amount of arrearages disbursed by the trustee: | $ 7,508.57 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $ _____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
   _____.  All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager
Signature

Date   2 / 24 / 2026

| Trustee | Jack | N | Zaharopoulos |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Address   8125 Adams Drive, Suite A
Number          Street

Hummelstown                PA        17036
City                              State       ZIP Code

Contact phone  ( 717 ) 566 – 6097

Email info@pamd13trustee.com

Case 5:20-bk-00832-MJC   Doc 82   Filed 02/24/26   Entered 02/24/26 07:29:49   Desc
Main Document      Page 2 of 6

# Disbursements for Claim

**MARJORIE EUGENE ANTENOR**

**M & T BANK**
P.O. BOX 1288

BUFFALO, NY 14240-

Acct No: 3086 Route 715 - PRE-ARREAI

ARREARS - 3086 ROUTE 715 MRF ORDER # 63 2/20/24

Sequence: 24
Modify:
Filed Date:
Hold Code: M

|  | Debt: | $4,554.04 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- |
| Amt Sched: $191,509.00 | | | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $4,554.04 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | DisbDescrp | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **5200** | **M & T BANK** | | | | | | | | |
| 520-0 | M & T BANK | C | 11/05/2024 | 0 | ($553.17) | $0.00 | ($553.17) | | |
| | | | | | | | | Cred Rfd Chk #: 467664 | |
| 520-0 | M & T BANK | | 10/23/2024 | 9019336 | $553.17 | $0.00 | $553.17 | | 10/23/2024 |
| 520-0 | M & T BANK | | 02/14/2024 | 9017955 | $158.06 | $0.00 | $158.06 | | 02/14/2024 |
| 520-0 | M & T BANK | | 01/12/2024 | 9017793 | $158.05 | $0.00 | $158.05 | | 01/12/2024 |
| 520-0 | M & T BANK | | 12/19/2023 | 9017632 | $158.05 | $0.00 | $158.05 | | 12/19/2023 |
| 520-0 | M & T BANK | | 11/15/2023 | 9017466 | $158.05 | $0.00 | $158.05 | | 11/15/2023 |
| 520-0 | M & T BANK | | 10/18/2023 | 9017286 | $162.17 | $0.00 | $162.17 | | 10/18/2023 |
| 520-0 | M & T BANK | | 09/19/2023 | 9017103 | $166.30 | $0.00 | $166.30 | | 09/19/2023 |
| 520-0 | M & T BANK | | 08/09/2023 | 9016915 | $166.29 | $0.00 | $166.29 | | 08/09/2023 |
| 520-0 | M & T BANK | | 07/11/2023 | 9016732 | $166.30 | $0.00 | $166.30 | | 07/11/2023 |
| 520-0 | M & T BANK | | 06/13/2023 | 9016553 | $163.03 | $0.00 | $163.03 | | 06/13/2023 |
| 520-0 | M & T BANK | | 05/16/2023 | 9016368 | $159.77 | $0.00 | $159.77 | | 05/16/2023 |
| 520-0 | M & T BANK | | 04/18/2023 | 9016175 | $159.77 | $0.00 | $159.77 | | 04/19/2023 |
| 520-0 | M & T BANK | | 03/15/2023 | 9015971 | $159.77 | $0.00 | $159.77 | | 03/15/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | DisbDescrp | | |
| 520-0 | M & T BANK | | 02/15/2023 | 9015767 | $159.77 | $0.00 | $159.77 | 02/15/2023 |
| 520-0 | M & T BANK | | 01/18/2023 | 9015561 | $159.76 | $0.00 | $159.76 | 01/18/2023 |
| 520-0 | M & T BANK | | 12/13/2022 | 9015360 | $159.77 | $0.00 | $159.77 | 12/13/2022 |
| 520-0 | M & T BANK | | 11/16/2022 | 9015146 | $159.77 | $0.00 | $159.77 | 11/16/2022 |
| 520-0 | M & T BANK | | 10/18/2022 | 9014929 | $81.52 | $0.00 | $81.52 | 10/18/2022 |
| 520-0 | M & T BANK | | 09/13/2022 | 9014728 | $168.53 | $0.00 | $168.53 | 09/13/2022 |
| 520-0 | M & T BANK | | 08/17/2022 | 9014508 | $168.53 | $0.00 | $168.53 | 08/18/2022 |
| 520-0 | M & T BANK | | 07/13/2022 | 9014291 | $162.68 | $0.00 | $162.68 | 07/13/2022 |
| 520-0 | M & T BANK | | 06/14/2022 | 9014083 | $156.85 | $0.00 | $156.85 | 06/14/2022 |
| 520-0 | M & T BANK | | 05/17/2022 | 9013870 | $156.85 | $0.00 | $156.85 | 05/17/2022 |
| 520-0 | M & T BANK | | 04/12/2022 | 9013657 | $156.84 | $0.00 | $156.84 | 04/12/2022 |
| 520-0 | M & T BANK | | 03/16/2022 | 9013439 | $156.85 | $0.00 | $156.85 | 03/16/2022 |
| 520-0 | M & T BANK | | 02/16/2022 | 9013216 | $157.11 | $0.00 | $157.11 | 02/16/2022 |
| 520-0 | M & T BANK | | 01/19/2022 | 9012993 | $157.12 | $0.00 | $157.12 | 01/19/2022 |
| 520-0 | M & T BANK | | 12/15/2021 | 9012752 | $157.12 | $0.00 | $157.12 | 12/15/2021 |
| 520-0 | M & T BANK | | 11/16/2021 | 9012502 | $111.95 | $0.00 | $111.95 | 11/16/2021 |
| 520-0 | M & T BANK | | 09/14/2021 | 9011998 | $187.41 | $0.00 | $187.41 | 09/14/2021 |

| | | | | Sub-totals: | $4,554.04 | $0.00 | $4,554.04 | |
| | | | | Grand Total: | $4,554.04 | $0.00 | | |

# Disbursements for Claim

**M & T BANK**
P.O. BOX 1288

BUFFALO, NY   14240-

Acct No: #7658 postarrears RT 715

POST ARREARS AMENDED POC/STIP  MRF ORDER # 63 2/20/24

Sequence:  24
Modify:
Filed Date:
Hold Code:  M

|  | Debt: | $2,954.53 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched:        $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due:   $0.00 | Paid: | $2,954.53 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **M & T BANK** | | | | | | | |
| 521-0 | M & T BANK | C | 11/05/2024 | 0 | ($358.90) | $0.00 | ($358.90) | |
| | | | | | | Cred Rfd Chk #: 467664 | | |
| 521-0 | M & T BANK | | 10/23/2024 | 9019336 | $358.90 | $0.00 | $358.90 | 10/23/2024 |
| 521-0 | M & T BANK | | 02/14/2024 | 9017955 | $102.53 | $0.00 | $102.53 | 02/14/2024 |
| 521-0 | M & T BANK | | 01/12/2024 | 9017793 | $102.54 | $0.00 | $102.54 | 01/12/2024 |
| 521-0 | M & T BANK | | 12/19/2023 | 9017632 | $102.54 | $0.00 | $102.54 | 12/19/2023 |
| 521-0 | M & T BANK | | 11/15/2023 | 9017466 | $102.54 | $0.00 | $102.54 | 11/15/2023 |
| 521-0 | M & T BANK | | 10/18/2023 | 9017286 | $105.22 | $0.00 | $105.22 | 10/18/2023 |
| 521-0 | M & T BANK | | 09/19/2023 | 9017103 | $107.88 | $0.00 | $107.88 | 09/19/2023 |
| 521-0 | M & T BANK | | 08/09/2023 | 9016915 | $107.90 | $0.00 | $107.90 | 08/09/2023 |
| 521-0 | M & T BANK | | 07/11/2023 | 9016732 | $107.88 | $0.00 | $107.88 | 07/11/2023 |
| 521-0 | M & T BANK | | 06/13/2023 | 9016553 | $105.77 | $0.00 | $105.77 | 06/13/2023 |
| 521-0 | M & T BANK | | 05/16/2023 | 9016368 | $103.65 | $0.00 | $103.65 | 05/16/2023 |
| 521-0 | M & T BANK | | 04/18/2023 | 9016175 | $103.66 | $0.00 | $103.66 | 04/19/2023 |
| 521-0 | M & T BANK | | 03/15/2023 | 9015971 | $103.65 | $0.00 | $103.65 | 03/15/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | DisbDescrp | | |
| 521-0 | M & T BANK | | 02/15/2023 | 9015767 | $103.65 | $0.00 | $103.65 | 02/15/2023 |
| 521-0 | M & T BANK | | 01/18/2023 | 9015561 | $103.66 | $0.00 | $103.66 | 01/18/2023 |
| 521-0 | M & T BANK | | 12/13/2022 | 9015360 | $103.65 | $0.00 | $103.65 | 12/13/2022 |
| 521-0 | M & T BANK | | 11/16/2022 | 9015146 | $103.66 | $0.00 | $103.66 | 11/16/2022 |
| 521-0 | M & T BANK | | 10/18/2022 | 9014929 | $52.88 | $0.00 | $52.88 | 10/18/2022 |
| 521-0 | M & T BANK | | 09/13/2022 | 9014728 | $109.34 | $0.00 | $109.34 | 09/13/2022 |
| 521-0 | M & T BANK | | 08/17/2022 | 9014508 | $109.33 | $0.00 | $109.33 | 08/18/2022 |
| 521-0 | M & T BANK | | 07/13/2022 | 9014291 | $105.56 | $0.00 | $105.56 | 07/13/2022 |
| 521-0 | M & T BANK | | 06/14/2022 | 9014083 | $101.75 | $0.00 | $101.75 | 06/14/2022 |
| 521-0 | M & T BANK | | 05/17/2022 | 9013870 | $101.76 | $0.00 | $101.76 | 05/17/2022 |
| 521-0 | M & T BANK | | 04/12/2022 | 9013657 | $101.76 | $0.00 | $101.76 | 04/12/2022 |
| 521-0 | M & T BANK | | 03/16/2022 | 9013439 | $101.75 | $0.00 | $101.75 | 03/16/2022 |
| 521-0 | M & T BANK | | 02/16/2022 | 9013216 | $101.94 | $0.00 | $101.94 | 02/16/2022 |
| 521-0 | M & T BANK | | 01/19/2022 | 9012993 | $101.93 | $0.00 | $101.93 | 01/19/2022 |
| 521-0 | M & T BANK | | 12/15/2021 | 9012752 | $101.93 | $0.00 | $101.93 | 12/15/2021 |
| 521-0 | M & T BANK | | 11/16/2021 | 9012502 | $72.63 | $0.00 | $72.63 | 11/16/2021 |
| 521-0 | M & T BANK | | 09/14/2021 | 9011998 | $121.59 | $0.00 | $121.59 | 09/14/2021 |

Sub-totals: $2,954.53    $0.00    $2,954.53

Grand Total: $2,954.53    $0.00