**Fill in this information to identify the case:**

Debtor 1     <u>Marjorie Eugene Antenor aka Marjorie Eugene-Antenor aka Marjorie E. Antenor aka</u>
<u>Maggie W. Eugene aka Marjorie Antenor aka Marjorie Windy Antenor aka Marjorie W. Antenor</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>MIDDLE</u> District of <u>Pennsylvania</u> _____
                                                        (State)

Case number    <u>20-00832 MJC</u>

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**    **Lakeview Loan Servicing LLC**

**Court claim no**. (if known):

     11

**Last 4 digits** of any number you use to identify the debtor's account: <u>7658</u>

**Property address:**      **3086 Route 715**
                       Number      Street
                       **Henryville    PA 18332**
                       City                      State      ZIP Code

| Part 2: | Arrearages |
| --- | --- |

The total amount received to cure any arrearages as of the date of this response:     $<u>7,508.57</u> _____ .

*Check all that apply:*

☒    The amount required to cure any prepetition arrearage has been paid in full.

☐    The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid
     as of the date of this response:     $ _____ .

☒    The amount required to cure any postpetition arrearage has been paid in full.

☐    The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining
     unpaid as of the date of this response:     $ _____ .

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

|  |  |  |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 02 / 18 / 2026 |
| ii. | Date next postpetition payment from the debtor is due: | 02 / 01 / 2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 1,476.66 |
| iv. | Unpaid principal balance of the loan: | $ 149,531.81 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 1,214.94 |
| vi. | Balance of the escrow account: | $ 440.44 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 0.00 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 5:20-bk-00832-MJC    Doc 87    Filed 03/24/26    Entered 03/24/26 16:42:50    Desc
Main Document      Page 2 of 9

| Part 5: | Sign Here |

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Matthew Fissel   Date March 24, 2026
　　　　Signature

Name　Matthew Fissel
　　　First name　　Middle name　　Last name

Title　Attorney for Secured Creditor

Company　KML Law Group, P.C.
　　　　Identify the corporate servicer as the company if the authorized agent is a servicer.

Address　701 Market Street, Suite, 5000
　　　　Number　　Street

　　　Philadelphia　　　　　　PA　　19196

　　　City　　　　　　　State　ZIP Code

Contact phone　(215) 627-1322　　　　　Email bkgroup@kmllawgroup.com

Case 5:20-bk-00832-MJC　　Doc 87　　Filed 03/24/26　　Entered 03/24/26 16:42:50　　Desc
Main Document　　Page 3 of 9

| Borrower: | EUGENE-ANTENOR,MARJORIE | Address: | 3086 ROUTE 715 | Prin Bal: | $149,531.81 | Investor Type: | GNMA |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | HENRYVILLE | Add Prin Bal: | $0.00 | Investor #: | ████ |
| Due Date: | 02/01/2026 | State: | PA | Account Type: | First Mortgage - FHA Residential | Investor Account # | ████ |
| Last Pmt Appd On: | 02/27/2026 | Zip Code: | 18332 | Total Pmt Amt: | $1,476.66 | PLS Client ID: | |

### Request Criteria: Type = All, Date Range = From 03/12/2025 To 03/12/2026

Row Count = 50

| Transaction Description | Applied Dt | Due Date | Payment | Principal Applied | Interest Applied | Escrow Applied | Esc Bal | Adv Bal | Suspense Applied | Corp Adv Applied | L/C Amt Applied | Fee Amt Applied | Fee Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bad Check Reversal | 03/06/2026 | 02/01/2026 | | -$543.68 | -$404.98 | -$528.00 | $440.44 | | | | | | |
| Modified Payment | 02/27/2026 | 02/01/2026 | $1,476.66 | $543.68 | $404.98 | $528.00 | $968.44 | | | | | | |
| Escrow Advance Repymt | 02/18/2026 | 01/01/2026 | | | | -$87.56 | $440.44 | | | | | | |
| Modified Payment | 02/18/2026 | 01/01/2026 | $1,476.66 | $542.21 | $406.45 | $528.00 | $528.00 | $87.56 | | | | | |
| Late Charge Assessed | 02/17/2026 | 01/01/2026 | | | | | | $87.56 | | | -$59.07 | | |
| Escrow Advance Repymt | 01/30/2026 | 12/01/2025 | | | | -$528.00 | | $87.56 | | | | | |
| Modified Payment | 01/30/2026 | 12/01/2025 | $1,476.66 | $540.75 | $407.91 | $528.00 | $528.00 | $615.56 | | | | | |
| Restricted Corp Adv Adj | 01/29/2026 | | -$30.00 | | | | | $615.56 | | -$30.00 | | | |
| Property Pres Corp Adv | 01/28/2026 | | | | | | | $615.56 | | $30.00 | | | |
| Late Charge Assessed | 01/16/2026 | 12/01/2025 | | | | | | $615.56 | | | -$59.07 | | |
| Escrow Advance Repymt | 12/31/2025 | 11/01/2025 | | | | -$540.64 | | $615.56 | | | | | |
| Modified Payment | 12/31/2025 | 11/01/2025 | $1,489.30 | $539.28 | $409.38 | $540.64 | $540.64 | $1,156.20 | | | | | |
| Restricted Corp Adv Adj | 12/26/2025 | | -$30.00 | | | | | $1,156.20 | | -$30.00 | | | |
| Property Pres Corp Adv | 12/23/2025 | | | | | | | $1,156.20 | | $30.00 | | | |
| Late Charge Assessed | 12/16/2025 | 11/01/2025 | | | | | | $1,156.20 | | | -$59.07 | | |
| Escrow Advance | 12/02/2025 | 11/01/2025 | $1,156.20 | | | $1,156.20 | | $1,156.20 | | | | | |
| Hazard Ins Disbursement | 12/02/2025 | 01/01/2026 | -$1,179.00 | | | -$1,179.00 | -$1,156.20 | | | | | | |
| Escrow Advance Repymt | 11/28/2025 | 10/01/2025 | | | | -$517.84 | $22.80 | | | | | | |
| Modified Payment | 11/28/2025 | 10/01/2025 | $1,489.30 | $537.83 | $410.83 | $540.64 | $540.64 | $517.84 | | | | | |
| Late Charge Assessed | 11/17/2025 | 10/01/2025 | | | | | | $517.84 | | | -$59.57 | | |
| Escrow Advance Repymt | 10/31/2025 | 09/01/2025 | | | | -$540.64 | | $517.84 | | | | | |
| Modified Payment | 10/31/2025 | 09/01/2025 | $1,489.30 | $536.38 | $412.28 | $540.64 | $540.64 | $1,058.48 | | | | | |
| Restricted Corp Adv Adj | 10/30/2025 | | -$30.00 | | | | | $1,058.48 | | -$30.00 | | | |
| Property Pres Corp Adv | 10/28/2025 | | | | | | | $1,058.48 | | $30.00 | | | |
| Late Charge Assessed | 10/16/2025 | 09/01/2025 | | | | | | $1,058.48 | | | -$59.57 | | |
| Late Charge Assessed | 09/16/2025 | 09/01/2025 | | | | | | $1,058.48 | | | -$59.57 | | |
| Escrow Advance Repymt | 09/16/2025 | 08/01/2025 | | | | -$540.64 | | $1,058.48 | | | | | |
| Modified Payment | 09/16/2025 | 08/01/2025 | $1,489.30 | $534.93 | $413.73 | $540.64 | $540.64 | $1,599.12 | | | | | |
| Escrow Advance | 08/26/2025 | 08/01/2025 | $1,599.12 | | | $1,599.12 | | $1,599.12 | | | | | |
| Consolidated Tax Disb | 08/26/2025 | 09/01/2025 | -$3,424.23 | | | -$3,424.23 | -$1,599.12 | | | | | | |
| Restricted Corp Adv Adj | 08/26/2025 | | -$30.00 | | | | $1,825.11 | | | -$30.00 | | | |
| Late Charge Assessed | 08/18/2025 | 08/01/2025 | | | | | $1,825.11 | | | | -$59.57 | | |
| Modified Payment | 08/15/2025 | 07/01/2025 | $1,489.30 | $533.48 | $415.18 | $540.64 | $1,825.11 | | | | | | |
| Modified Payment | 08/08/2025 | 06/01/2025 | $1,460.00 | $532.04 | $416.62 | $511.34 | $1,284.47 | | | | | | |
| Bad Check Reversal | 08/06/2025 | 06/01/2025 | | -$532.04 | -$416.62 | -$540.64 | $773.13 | | | | | | |
| Modified Payment | 07/31/2025 | 06/01/2025 | $1,489.30 | $532.04 | $416.62 | $540.64 | $1,313.77 | | | | | | |
| Property Pres Corp Adv | 07/30/2025 | | | | | | $773.13 | | | $30.00 | | | |
| Late Charge Assessed | 07/16/2025 | 06/01/2025 | | | | | $773.13 | | | | -$59.57 | | |
| Late Charge Assessed | 06/16/2025 | 06/01/2025 | | | | | $773.13 | | | | -$59.57 | | |
| Modified Payment | 06/09/2025 | 05/01/2025 | $1,489.30 | $530.60 | $418.06 | $540.64 | $773.13 | | | | | | |
| Late Charge Assessed | 05/16/2025 | 05/01/2025 | | | | | $232.49 | | | | -$59.57 | | |
| Escrow Advance Repymt | 05/13/2025 | 04/01/2025 | | | | -$308.15 | $232.49 | | | | | | |
| Modified Payment | 05/13/2025 | 04/01/2025 | $1,489.30 | $529.17 | $419.49 | $540.64 | $540.64 | $308.15 | | | | | |
| Escrow Advance | 04/17/2025 | 04/01/2025 | $308.15 | | | $308.15 | | $308.15 | | | | | |
| Late Charge Assessed | 04/17/2025 | 04/01/2025 | | | | | -$308.15 | | | | -$59.57 | | |
| Bad Check Reversal | 04/17/2025 | 04/01/2025 | | -$529.17 | -$419.49 | -$540.64 | -$308.15 | | | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Escrow Advance Repymt | 04/11/2025 | 04/01/2025 | | | | -$308.15 | $232.49 | | | | | | | |
| Modified Payment | 04/11/2025 | 04/01/2025 | $1,489.30 | $529.17 | $419.49 | $540.64 | $540.64 | $308.15 | | | | | | |
| Escrow Advance | 04/09/2025 | 04/01/2025 | $308.15 | | | $308.15 | | $308.15 | | | | | | |
| County Tax Disbursement | 04/09/2025 | 04/01/2025 | -$1,718.58 | | | -$1,718.58 | -$308.15 | | | | | | | |

 **M&T** Bank



PAYOFF STATEMENT

March 18, 2026

Re:  Loan No. ██████████

Marjorie Eugene-Antenor

Marjorie Eugene-Antenor

3086 Route 715
Henryville          , PA 18332

3086 Route 715
Henryville PA 18332

Interest Rate:  3.25000%
Principal Balance:                                      $        149,531.81
Total Interest                                                    1,214.94
Late Charges Due:                                                   712.84
Unpaid Other Fees                                                   120.00
Recording Fees                                                      69.75
Document Preparation                                                   .00
County Tax                                                        1,718.58
 * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $             153,367.92

This statement expires April 01, 2026.

Current Escrow Balance                                              440.44

**An additional month of interest is due if payoff funds are received
after the first business day of the month.**

M&T Bank reserves the right to return partial payoff funds.  Payoff
figures are subject to change.  The total amount required to pay
the loan in full may change if any check previously received is
rejected by the institution upon which it was drawn or if any
credits or disbursements are made to or from your account.
Funds must be received in our office no later than 3:00 pm (EST)
to be credited that same day.  Please call M&T Bank before funds are
sent to verify figures are correct.

Certified funds must be made payable to M&T Bank.  Please
include the mortgage account number on all correspondence
including the payoff check; mail to:

> M&T Bank
> 1 Fountain Plaza, 6th Floor
> Buffalo, NY 14203-1495
> Attn: Payoff Department

**ISSUANCE OF THIS STATEMENT DOES NOT PRECLUDE M&T BANK FROM TAKING ACTION
IN THE CONTEXT OF YOUR BANKRUPTCY CASE.  PLEASE CONTINUE TO MAKE
REGULARLY SCHEDULED MORTGAGE PAYMENTS UNTIL YOUR LOAN IS PAID IN FULL.**

A late charge in the amount of $      59.07 will be assessed, pursuant
to the contract, if the current payment or payoff is received after
the grace date.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986

 **M&T** Bank

Re: Loan No. ███████████

PAGE 2

## Important Information Regarding This Payoff Statement

Please Read Carefully

==================================================================
**ONLY CERTIFIED FUNDS OR ATTORNEY ESCROW CHECKS ARE ACCEPTED FOR PAYOFF**

**\*\*\*\* WHEN REMITTING PAYOFF FUNDS, PLEASE INCLUDE WRITTEN MAILING INSTRUCTIONS FOR THE DISCHARGE, RELEASE OF LIEN, OR RECONVEYANCE \*\*\*\***
==================================================================

**A PROPERLY EXECUTED, RECORDABLE RELEASE OF LIEN WILL BE PROVIDED BY M&T BANK, AFTER THE LOAN IS PAID IN FULL.**

Funds received must be sufficient to satisfy the full amount due on this loan, including all attorney fees and costs, pursuant to the contract and applicable law. If the amount received does not fully repay the current debt, including all fees and advances, interest will continue to accrue until the full amount is received. If the mortgagor has already mailed the current month's payment, DO NOT stop payment on the check. Any excess funds will be refunded to the mortgagor after payoff.

1. If this property is sold, please provide the seller's forwarding address.

2. Our records indicate that the estimated tax and/or insurance items listed below are due to be paid within the next twelve (12) months.

   $ 3424.23  09-26  Pocono Mtn Sd/pocono
   $ 1718.58  04-26  Pocono Township -monroe
   $ 1179.00  01-27  State Farm Ins Co

If the mortgage is escrowed, scheduled tax and insurance payments will continue to be made.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986

Case 5:20-bk-00832-MJC    Doc 87    Filed 03/24/26    Entered 03/24/26 16:42:50    Desc
Main Document    Page 7 of 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Marjorie Eugene Antenor aka
Marjorie Eugene-Antenor aka Marjorie
E. Antenor aka Maggie W. Eugene aka
Marjorie Antenor aka Marjorie Windy
Antenor aka Marjorie W. Antenor

                            Debtor(s)


Lakeview Loan Servicing LLC
                           Movant
       vs.

Marjorie Eugene Antenor aka Marjorie
Eugene-Antenor aka Marjorie E. Antenor
aka Maggie W. Eugene aka Marjorie
Antenor aka Marjorie Windy Antenor
aka Marjorie W. Antenor

                            Debtor(s)


Jack N Zaharopoulos,

                     Trustee

---

BK NO. 20-00832 MJC

Chapter 13

Related to Claim No. no. 11

## CERTIFICATE OF SERVICE
## RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 24, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:


<u>Debtor(s)</u>
Marjorie Eugene Antenor aka Marjorie Eugene-Antenor aka Marjorie E. Antenor aka Maggie W. Eugene aka Marjorie Antenor aka Marjorie Windy Antenor aka Marjorie W. Antenor
3086 Route 715
Henryville, PA 18332

<u>Attorney for Debtor(s) (via ECF)</u>
Robert J Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

<u>Trustee (via ECF)</u>
Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive, Suite A
Hummelstown, PA 17036


Method of Service:  electronic means or first-class mail

Dated: <u>March 24, 2026</u>

                                        **/s/ Matthew Fissel**
                                        Matthew Fissel
                                        Attorney I.D. 314567
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106

215-627-1322
mfissel@kmllawgroup.com