United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 20-00832-MJC

Marjorie Eugene Antenor                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 2

Date Rcvd: May 26, 2026                     Form ID: fnldec                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID**     **Recipient Name and Address**
db      + Marjorie Eugene Antenor, 3086 Route 715, Henryville, PA 18332-7779

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Jack N Zaharopoulos
     ecf_pahu_alt@trustee13.com

James Warmbrodt
     on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

Matthew K. Fissel
     on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Robert J Kidwell, III
     on behalf of Debtor 1 Marjorie Eugene Antenor rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
     ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
     on behalf of Debtor 1 Marjorie Eugene Antenor
     lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.

com;swiggins@newmanwilliams.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Marjorie Eugene Antenor,<br>aka Marjorie E. Antenor, aka Marjorie Eugene−Antenor,<br>aka Maggie W. Eugene, aka Marjorie W. Antenor, aka<br>Marjorie Antenor, aka Marjorie Windy Antenor, | Chapter | 13 |
| | Case No. | 5:20−bk−00832−MJC |

**Debtor 1**

Social Security No.:

xxx−xx−2185

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: May 26, 2026

**fnldec** (01/22)